# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 05-CV-676 W(LSP) |
| Plaintiff, | ) ) | **ORDER GRANTING JOINT MOTION AND INSTRUCTING CLERK TO ENTER JUDGMENT** |
| v. | ) ) | |
| $14,610 IN U.S. CURRENCY, | ) ) | |
| $3,000 IN U.S. CURRENCY, | ) ) | |
| Defendants. | ) ) | |

On February 9, 2007, the parties jointly submitted a motion for entry of judgment of forfeiture. Good cause appearing therefor, the motion is hereby **GRANTED**. It is further **ORDERED** that—

    1.    All of Defendant 2, $3,000 in US Currency, and $5,610 of Defendant 1 be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. $9,000.00 of Defendant 1, plus interest, according to law, shall be returned to Claimant through his attorney, Richard M. Barnett. Judgment shall be entered in favor of the United States on its complaint pursuant to Title 21, United States Code, Section 881(a)(6) as to the Defendant currencies forfeited to the United States.

    2.    Costs incurred by the United States incident to the seizure and custody of the Defendants, if any, be borne by the United States.

//

| | |
|---|---|
| 1 | 3. The person or persons who made the seizure or the prosecutor shall not be liable |
| 2 | to suit or judgment on account of such seizure in accordance with Title 28, United States Code, |
| 3 | Section 2465. Claimant has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. |
| 4 | Each party shall bear its own costs and expenses, including attorney fees. |

4. Claimant has warranted and represented as a material fact that he is the sole owner of the Defendants and further warrants that no other person or entity has any right, claim or interest in the Defendants. Claimant is ordered to defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the Defendants.

5. The Claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the Defendants.

6. Following forfeiture of Defendants 1 and 2 as described above, and distribution of the Claimant's portion of the Defendant 1 as described above, the case shall be closed.

**IT IS SO ORDERED.**

DATED: February 9, 2007

_____
Hon. Thomas J. Whelan
United States District Judge