AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB -9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America,
V.

$14,610 in U.S. Currency, $3,000 in U.S. Currency,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 05cv676W(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that all of defendant 2, $3,000 in U.S. Currency, and $5,610 of Defendant 1 be forfeited and condemned to the United States. $9,000 of Defendant 1, plus interest, according to law, shall be returned to Claimant through his attorney, Richard M. Barnett. Judgment shall be entered in favor of the United States on its complaint as to the defendant currencies forfeited to the United States. ...................................................
...................................................

| February 9, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | B. Robinson |
| | (By) Deputy Clerk |

ENTERED ON February 9, 2007

05cv678W(LSP)